UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLINT B. MOSS,<br><br>    Petitioner,<br>v.<br>FILSON, et al.,<br><br>    Respondents. | Case No. 3:18-cv-00286-HDM-WGC<br><br>ORDER |

On August 3, 2018, this court issued a show-cause order and directed petitioner Clint B. Moss to demonstrate that his *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus was timely filed or that he was entitled to equitable tolling (ECF No. 3). That order was served on Moss at his address of record. The deadline to respond has passed, and Moss has not filed a response or otherwise responded to the court's order in any way. Accordingly, this petition is dismissed for failure to respond to the show-cause order.

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 19 October 2018.

                                                                         _____
                                                                         HOWARD D. MCKIBBEN
                                                                         UNITED STATES DISTRICT JUDGE

1